UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

RONETTE SHORT,

           Defendant.

CASE NO.: 22 Mag. 9609 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in-person deferred prosecution allocution held today, March 24, 2023, the Court orders as follows:

1. A telephone conference is scheduled for **Monday, September 25, 2023 at 10:00 a.m.** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. By Monday, September 18, 2023, the parties shall file a joint letter advising the Court if the conference is still necessary or if the government will file a notice of dismissal.

Dated:    New York, New York
             March 24, 2023

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**