UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | |
|---|---|
| v. | |
| Ronette Short, | |
| *Defendant*. | |

**Deferred Prosecution Agreement**

22 Mag. 9609

DOC #

TO: Ronette Short

    On November 29, 2022, a criminal complaint was issued by a United States Magistrate Judge in the Southern District of New York, in which you are accused of committing an offense against the United States, to wit, wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2.

    You hereby admit to the facts set forth in the November 29, 2022 complaint. Specifically, from in or about June 2020 up to and including in or around September 2020, you filed two fraudulent Economic Injury Disaster Loan ("EIDL") applications with the Small Business Administration ("SBA"). The fraudulent EIDL applications were submitted on behalf of a sole proprietorship in your own name and on behalf of the company "Neat Streaks Inc." The EIDL applications contained false statements, including statements regarding the number of employees your purported businesses had and their gross revenue in the 12-month period ending January 31, 2020.

    Although you have admitted to this conduct, after a thorough investigation it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District. Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of six months from the signing of this agreement. The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

    (1) You shall refrain from violation of any law (federal, state and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

    (2) You shall associate only with law-abiding persons.

    (3) You shall work regularly at a lawful occupation and/or regularly attend school and support your legal dependents, if any, to the best of your ability. When out of work or not attending school you shall notify your supervising U.S. Pretrial Services Officer at once. You shall consult him or her prior to job and school changes.

(4) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(5) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(6) You shall report to your supervising U.S. Pretrial Services Officer as directed.

(7) You shall pay restitution to the United States Small Business Administration ("SBA") in the amount of $49,000. To satisfy this restitution obligation, you shall pay $150 each month to the SBA.

As a further condition you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or substance abuse treatment provider, to the U.S. Pretrial Services Officer supervising your case, of such medical and treatment records as may be requested by the Pretrial Services Officer to evaluate deferral of prosecution in this case. You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

Special conditions are as follows:

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should the United States Attorney, in his or her sole discretion, deem such action advisable.

If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions applicable to your deferred prosecution, no further prosecution will be instituted in this District for the above offense.

07.29.2012

Dated: New York, New York
March 17, 2023

                                              DAMIAN WILLIAMS
                                              United States Attorney for the
                                              Southern District of New York


                                              By: /s/    Rebecca T. Dell
                                              Kedar S. Bhatia
                                              Rebecca T. Dell
                                              Derek Wikstrom
                                              Assistant United States Attorneys
                                              Tel: (212) 637-2465 / 2198 / 1085


      The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§3161 et seq., and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
       3/24, 2023


_____                                _____
Lisa Scolari, Esq.                                                Ronette Short
Attorney for Defendant                                    Defendant

Pursuant to 18 U.S.C. §3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this agreement is hereby approved.

Dated: New York, New York
 March 24 , 2023

_____
United States Magistrate Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
 March 21, 2023

 /s/ Jazzlyn Harris
 Jazzlyn Harris
 United States Pretrial Services Officer

07.29.2012