LISA SCOLARI<br>
Attorney at Law<br>
20 VESEY STREET, SUITE 400<br>
NEW YORK, NEW YORK 10007<br>
scolarilaw@gmail.com<br>
(212) 227-8899

September 21, 2023

Hon. Sarah L. Cave<br>
United States Magistrate Court<br>
500 Pearl Street<br>
New York, N.Y. 10007<br>
*via ecf*

**Re: U.S. v. Ronette Short**<br>
22 Mag 9609

Your Honor:

     I represent Ronette Short in the above matter. Based on a positive pretrial report the government has moved to dismiss the charges against Ms. Short. Ms. Short is working and prefers not to appear. Therefore, I request that the Court grant the dismissal without requiring Ms. Short to appear either in person or by phone.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____<br>
HON. SARAH L. CAVE

Ms. Short will not be required to appear at a conference regarding dismissal of the charges against her. The Government shall submit for the Court's review a notice of dismissal by October 23, 2023.

9/22/2023