# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **22 Mag. 9609**    Date **09/20/2023**

USAO No. **2021R00833**

The Government respectfully requests the Court to dismiss without prejudice the

[✓] Complaint    [ ] Removal Proceedings in

*United States v.* **Ronette Short**

The Complaint/Rule 40 Affidavit was filed on **11/29/2022**

[✓] *U.S. Marshals please withdraw warrant*

**REBECCA DELL**
Digitally signed by REBECCA DELL
Date: 2023.09.20 16:03:58 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: September 26, 2023

*Jennifer E. Willis*
Jennifer E. Willis
UNITED STATES MAGISTRATE JUDGE